**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| XAVIER WATSON, | ) |
|     Petitioner, | ) ) ) |
|         v. | )   2:16-cr-00075-JDL-1 )   2:18-cv-00191-JDL |
| UNITED STATES OF AMERICA, | ) ) |
|     Respondent. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison, filed a Recommended Decision (ECF No. 283) on Xavier Watson's 28 U.S.C.A. § 2255 Petition (ECF No. 276) which was amended by an Amended Recommended Decision (ECF No. 285) on October 30, 2018, both pursuant to 28 U.S.C.A. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). Xavier Watson has filed Objections.[1]

I have reviewed and considered the Amended Recommended Decision, together with the entire record, including Watson's objection, amended objection, and buttressed objection, and have made a *de novo* determination of all matters adjudicated by the Amended Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Amended Recommended Decision and determine that no further proceeding is necessary.

---

[1] Watson also filed a Motion for Leave to Buttress his Objection (ECF No. 291) on November 29, 2018, which I have granted.

It is therefore **ORDERED** that the Amended Recommended Decision of the Magistrate Judge (ECF Nos 285) is hereby **ACCEPTED**, and Watson's § 2255 Petition (ECF No. 276) is **DISMISSED**. It is further **ORDERED** that no certificate of appealability should issue in the event Watson files a notice of appeal because there has been no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

**Dated this 4th day of January, 2019.**

/s/ JON D. LEVY
**CHIEF U.S. DISTRICT JUDGE**