UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | 2:16-cr-00075-JDL |
| XAVIER WATSON | ) |  |
|  | ) |  |
| Defendant. | ) |  |

# ORDER DENYING DEFENDANT'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER ON MOTION FOR TRANSCRIPT

On December 11, 2018, Magistrate Judge John C. Nivison denied Xavier Watson's Motion for Transcript. ECF No. 297. Watson filed an objection to this denial on December 31, 2018, in accordance with Federal Rule of Criminal Procedure 59 and Federal Rule of Civil Procedure 72. ECF No. 302.

I have carefully reviewed the Magistrate Judge's Order and concur with its analysis and conclusions. Seeing nothing in the Magistrate Judge's Order that is clearly erroneous or contrary to law, I decline to modify or set aside any part of it. Watson's objection (ECF No. 302) and Motion for Transcript (ECF No. 292) are therefore **DENIED**.

SO ORDERED.

Dated this 18th day of January, 2019.

  /s/ JON D. LEVY
  **CHIEF U.S. DISTRICT JUDGE**