# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **XAVIER WATSON**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cr-00075-JDL-1 |
| | ) | 2:18-cv-00191-JDL |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed a Recommended Decision (ECF No. 307) on February 5, 2019, on five (5) motions filed by Xavier Watson related to his 28 U.S.C.A. § 2255 (West 2019) petition (ECF Nos. 294, 295, 296, 298, 299), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Federal Rule of Civil Procedure 72(b). In the motions, Watson requests leave to amend his section 2255 motion to add new claims for relief. Neither party filed an objection to the Recommended Decision.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 307) is hereby **ACCEPTED**, and Watson's motions (ECF Nos. 294,

295, 296, 298, 299) are **DENIED**.  It is further **ORDERED** that no certificate of appealability should issue in the event Watson files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2) (West 2019).

**SO ORDERED.**

**Dated this 19th day of March, 2019.**

                                                      **/s/ JON D. LEVY**
                                           **CHIEF U.S. DISTRICT JUDGE**