# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) **2:16-cr-00075-JDL-1** |
| | ) |
| **XAVIER WATSON,** | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed a Recommended Decision (ECF No. 308) on February 5, 2019, on Xavier Watson's motion for a reduction of his sentence (ECF No. 282) and motion to credit time served in pre-trial detention (ECF No. 293), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Federal Rule of Civil Procedure 72(b).  Neither party filed an objection to the Recommended Decision.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision.  I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 308) is hereby **ACCEPTED**, and Watson's motion for a reduction of his sentence (ECF No. 282) and motion to credit time served in pre-trial detention (ECF No. 293) are **DENIED**.

SO ORDERED.

Dated this 19th day of March, 2019.

_____/s/ JON D. LEVY_____
CHIEF U.S. DISTRICT JUDGE