# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| XAVIER WATSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 2:16-cr-00075-JDL-1 2:18-cv-00191-JDL |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 4, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Federal Rule of Civil Procedure 72(b), United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 312) on Xavier Watson's motions (ECF Nos. 306 and 306-1) seeking relief from the Court's denial of his 28 U.S.C.A. § 2255 (West 2019) petition (*see* ECF No. 303). Neither party filed an objection to the Recommended Decision.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 312) is hereby **ACCEPTED**, and the Petitioner's Motion for

Additional Finding of Fact (ECF No. 306) and Motion for Relief from Judgment (ECF No. 306-1) are **DENIED**. It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2.)

    **SO ORDERED.**

    **Dated this 26th day of August 2019.**

                                                   /s/ JON D. LEVY
                                       **CHIEF U.S. DISTRICT JUDGE**